DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER JAVIER GALVEZ-GALLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1211

_____

January 21, 2026

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior publication.